1  -Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

**APPROVED**
Judge Edward J. Davila
July 8, 2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| LUIS ALANDY,<br><br>        Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLTIONS, INC.; et. al.,<br><br>        Defendants. | Federal Case No.: 5:16-cv-02152-EJD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT OCWEN LOAN SERVICING, LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Luis Alandy, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Ocwen Loan Servicing, LLC, as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

    (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (1) a notice of dismissal before the opposing party serves either an answer

1 | or a motion for summary judgment.

2 |     Defendant Ocwen Loan Servicing, LLC, has neither answered Plaintiff's Complaint, nor
3 | filed a motion for summary judgment.  Accordingly, the matter may be dismissed against it for all
4 | purposes and without an Order of the Court.

6 | Dated: July 7, 2016                  Sagaria Law, P.C.

By:    */s/ Elliot W. Gale*
        Elliot W. Gale
Attorneys for Plaintiff
Luis Alandy