1  SAGARIA LAW, P.C.
   SCOTT J. SAGARIA (State Bar No. 217981)
2  ELLIOT W. GALE (State Bar No. 263326)
   JOE B. ANGELO (State Bar No. 268542)
3  SCOTT M. JOHNSON (State Bar No. 287182)
   2033 Gateway Place, 5th Floor
4  San Jose, CA 95110
   Telephone:  (408) 279-2288
5  Facsimile:  (408) 279-2299

6  Attorneys for Plaintiff
       LUIS ALANDY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LUIS ALANDY, | Case No. 5:16-cv-02152-EJD |
| Plaintiff, | [Assigned to the Hon. Edward J. Davila] |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL OF CHASE BANK USA, N.A., ERRONEOUSLY SUED AS JPMORGAN CHASE BANK, WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a) AND [~~PROPOSED~~] ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION LLC; BANK OF AMERICA, NATIONAL ASSOCIATION; JPMORGAN CHASE BANK; OCWEN LOAN SERVICING, LLC and DOES 1 through 100 inclusive, | |
| Defendants. | |

NOTICE OF VOLUNTARY DISMISSAL OF CHASE BANK USA, N.A. WITH PREJUDICE AND [~~PROPOSED~~] ORDER
Case No. 5:16-cv-02152-EJD

LA 51998274

**PLEASE TAKE NOTICE** that Plaintiff Luis Alandy ("Plaintiff"), through his counsel of record, hereby voluntarily dismisses all claims in this action *with prejudice* as to defendant Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank ("Chase"), pursuant to Fed. R. Civ. P. 41(a)(1). Chase has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Each party shall bear his/its own attorneys' fees and costs.

Dated: July 26, 2016

SAGARIA LAW, P.C.
SCOTT J. SAGARIA
ELLIOT W. GALE
JOE B. ANGELO
SCOTT M. JOHNSON

By: */s/ Elliot Gale*
Elliot Gale

Attorneys for Plaintiff
LUIS ALANDY

### [PROPOSED] ORDER

Pursuant to the voluntary dismissal filed by Plaintiff, Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank, is dismissed with prejudice. IT IS SO ORDERED.

Date: July 27, 2016   By: _____
Hon. Edward J. Davila
Judge of the United States District Court
Northern District of California